

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-13-00803-CV

Denise **MCVEA** and Auris Project, Inc.,
Appellants

v.

James Michael **KISSLER**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14927
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

    The Appellant's Objection, Partial Motion for Reconsideration and Motion to Compel is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court